THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF NEW YORK

26 CV 5959

RECEIVED
SDNY PRO SE OFFICE
2026 JUL 14 PM 2: 39

Yu Hin Chan, Feifei Gu

Complaint

v.                                                   JURY TRIAL DEMANDED

Zohran Mamdani, Bruce Blakeman, Saritha Komatireddy, Cathy Bank,

Adrienne E. Adams, Rodneyse Bichotte, Susan Zhuang, PO Frank DiGiacomo,

Kevin Mcclanahan, Keshia Espinal,

Mark Levine, as NYC Comptroller

Ayanna Sorett, as Mayor's Advisory Committee on the Judiciary executive director

Ramzi Kassem, as Chief Counsel to the Mayor and City Hall

Stuart Slotnick, as Chair of NYC Bar Association Judiciary Committee

Justine Olderman, as the City's Criminal Justice Coordinator

Peter Martin, director of judicial accountability, Center for Community Alternatives

Tejpal Sandhu, William Colton, John Ricottone, Larry He, Stephen T. Chan,

PO Michael Sher, PO Steven Vitelli, PO Daniel Siani, PO Joseph Robinson,

PO Bervely Estime, RETIRED PO Oliver J. Muir, PO Jelinson A. Martinez,

Sergeant Thomas J. Petronis, Sergeant Nitasha Jain, Sergeant Jack T. Mohr, Sergeant Cory

Green, PO Dylan Kangas, Sergeant James Sinnott, Lieutenant Alex Nulman, PO James S.

Mauro, PO Doris tax # 974073, Lawrence Lusher, Captain Mohammed Islam,

Patrick Hendry, as PBA President

Michael Gerber, as NYPD Commissioner of Legal Matters

Jonathan Darche, as CCRB Executive Director

1. Zohran Mamdani's administration is pushing forward with a homeless shelter at 86th Street and 25th Avenue in Bensonhurst, developed by Tejpal Sandhu. The development of the shelter aroused large-scale protest led by Susan Zhuang,

2. Chaos broke out at the protest. Adrienne Adams explicitly condemned Susan Zhuang, calling violence against police "completely unacceptable" following Zhuang's arrest for allegedly biting NYPD officer Frank DiGiacomo,

3. EMILY HUI CHEN-LIANG and HANG CHEN aka.TYLER CHEN are believed to be the biggest sponsors of the protest organized by Susan Zhuang. Both are brokers of Tiger Realty. Because of their "outstanding" sponsorship, Tiger Realty was even awarded City Council Citation,





2

4. On 1/1/24, EMILY HUI CHEN-LIANG and HANG CHEN made numerous 911 calls requesting the police to arrest both plaintiffs for damaging a security camera. The camera was never damaged. The criminal case CR-001793-24/KN was dismissed.

5. A coalition of police officers participated in falsifying police reports. Most have a substantiated history of misconduct, especially Michael Sher who became viral on wikipedia for pepper spraying.

6. *86 St. NY LLC v. Susan Zhuang*, 510913/2026, is presided over by Judge Richard Montelione. *Yu Hin Chan v. CAI YUN HE*, 664/2024, is presided over by the same judge, with the defendant represented by MARK SALEM, who also represented EMILY HUI CHEN-LIANG and HANG CHEN in almost all cases. The Defendant Cai Yun He aligned with Yi Chen and Nian Qing Zhang in filing a fake criminal report against Plaintiffs. No Order has ever been entered for two years since the commencement of the case.

7. For several years, with legal battles going on between EMILY HUI CHEN-LIANG and HANG CHEN against Plaintiffs, LLC under EMILY HUI CHEN-LIANG & HANG CHEN made multiple loans from Cathy Bank, the number can be amazing.

8. In the meantime, court results almost unanimously favored EMILY HUI CHEN-LIANG & HANG CHEN and on almost every occasion Plaintiffs were deprived of due process.

9. IT's not a surprise that EMILY HUI CHEN-LIANG & HANG CHEN can always secure granted TRO. See 505280/2024 *EMILY HUI CHEN-LIANG & HANG CHEN vs. Yu Hin Chan, Feifei Gu.* In that case, Judge Joy Campanelli was found falsifying court documents.

10. EMILY HUI CHEN-LIANG & HANG CHEN are making all efforts to evict Plaintiffs the third time in housing court. In the prior case, Kings County Housing Court judges forged the record that Plaintiffs filed an Answer to the Petition, when no such document existed.

11. EMILY HUI CHEN-LIANG & HANG CHEN are the biggest barricades in the development of 86st shelter.

12. Susan Zhuang, Larry He, and William Colton are prompting a culture of abuse by siding with EMILY HUI CHEN-LIANG & HANG CHEN,

13. To PO Frank DiGiacomo, Justice is not served. The legal issue between PO Frank DiGiacomo and Susan Zhuang is still heating, the 62 precinct is still in chaos, the officers who falsified police reports still have not been disciplined nor prosecuted, which confirms a structurally broken system.

4

# FIRST CAUSE OF ACTION: MANDAMUS

1. A mandamus against City officials to investigate the grant of loans by Cathy Bank to EMILY HUI CHEN-LIANG AND HANG CHEN.

2. A mandamus against City Officials to investigate the police misconduct in CR-001793-24/KN, who may act as liaison between the City and protest coalition.

3. A mandamus against City Officials and Center for Community Alternatives to investigate income and financial interests involving Kevin Mcclanahan and Keshia Espinal.

## SECOND CAUSE OF ACTION: MALICIOUS PROSECUTION

## UNDER SECTION 1983

1. CR-001793-24/KN was dismissed.

2. Former PO Oliver J. Muir retired soon after CR-001793-24/KN started, who conspired with EMILY HUI CHEN-LIANG & HANG CHEN in the malicious prosecution.

3. Defendants PO Michael Sher, PO Steven Vitelli, PO Daniel Siani, PO Joseph Robinson, PO Bervely Estime, RETIRED PO Oliver J. Muir, PO Jelinson A. Martinez, Sergeant Thomas J. Petronis, Sergeant Nitasha Jain, Sergeant Jack T. Mohr, Sergeant Cory Green, PO Dylan Kangas, Sergeant James Sinnott, Lieutenant Alex Nulman, PO James S. Mauro, PO Doris tax # 974073, and Lawrence Lusher maliciously instituted judicial proceedings without probable cause, causing Plaintiffs severe damages.

4. Plaintiffs demand a reasonable compensation to be decided by the jury.

6

## THIRD CAUSE OF ACTION: NEGLIGENCE

1. PO Jelinson A. Martinez, Sergeant Thomas J. Petronis, Sergeant Nitasha Jain, Sergeant Jack T. Mohr, Sergeant Cory Green, PO Dylan Kangas, Sergeant James Sinnott, Lieutenant Alex Nulman, PO James S. Mauro, PO Doris tax # 974073 approved and assisted with malicious prosecution, thus neglecting their duty.

2. Captain Mohammed Islam failed to intervene.

3. Plaintiffs demand a reasonable compensation to be decided by the jury.

YU HIN CHAN, FEIFEI GU

7